## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIGER OPTICS, LLC, et al.** | : | **CIVIL ACTION** |
| **VS.** | : | |
| **ANALYTICAL TECHNOLOGY, INC.** | : | **NO.: 11-cv-1798** |

### O R D E R

**AND NOW**, this **23rd** day of **MARCH, 2011**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Anita B. Brody.

FOR THE COURT:

**HARVEY BARTLE III**
**Chief Judge**

ATTEST:

**/s/ Michael E. Kunz**
**MICHAEL E. KUNZ**
**Clerk of Court**