## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the document identified below has been served via the method stated below:

Date of Service:   November 4, 2011

Title of Document:   Plaintiffs, Tiger Optics, LLC and Princeton University's Answer to Defendant, ATI Analytical Technology, Inc.'s Counterclaims

Name of Party Served:   Henrik D. Parker (Pa. I.D. 53938)
John F. Murphy (Pa. I.D. 206307)
Cira Centre
2929 Arch Street, 12th Floor
Philadelphia, PA  19104-2891
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
parker@woodcock.com
jmurphy@woodcock.com

*Attorneys for Analytical Technology, Inc.*

**Via ECF Notification and Electronic Mail**

_[signature]_