IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIGER OPTICS, LLC, and<br>PRINCETON UNIVERSITY<br><br>Plaintiffs,<br><br>v.<br><br>ATI ANALYTICAL TECHNOLOGY, INC.<br><br>Defendant. | Civil Action No.11-cv-01798 |

## STIPULATION OF DISMISSAL

AND NOW, this 22nd day of December, 2011, the parties having agreed in a separate agreement to settlement of the matters at issue between them, it is hereby ORDERED, subject to the provisions of the aforesaid agreement, that this matter is dismissed without prejudice.

**IT IS SO ORDERED:**

Date: _____                   _____
                                        ANITA B. BRODY,        U.S.D.J.

Copies via ECF on ___    Copies via US Mail on ___

**SO STIPULATED:**

This 13th day of DECEMBER, 2011.

By: _____
Benjamin E. Leace (Pa. I.D. 54281)
Andrew J. Koopman (Pa. I.D. 210026)
1235 Westlakes Drive, Suite 301
Berwyn, PA 19312
Telephone: (610) 407-0700
Facsimile: (610) 407-0701
beleace@ratnerprestia.com
akoopman@ratnerprestia.com

Attorneys for Tiger Optics, LLC, Inc.
and Princeton University

By: _____
Henrik D. Parker (Pa. I.D. 53938)
John F. Murphy (Pa. I.D. 206307)
Cira Centre
2929 Arch Street, 12th Floor
Philadelphia, PA 19104-2891
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
parker@woodcock.com
jmurphy@woodcock.com

Attorneys for Analytical Technology, Inc.

1341967

## CERTIFICATE OF SERVICE

I, John Frank Murphy, hereby certify that on this 13th day of December, 2011, I caused a true and correct copy of the foregoing **Stipulation of Dismissal.**, to be served via CM/ECF and electronic mail on the following counsel of record:

>   Benjamin E. Leace, Esq.
>   Andrew J. Koopman, Esq.
>   RatnerPrestia
>   1235 Westlakes Drive, Suite 301
>   Berwyn, PA  19312

_____
John Frank Murphy